PD-0360&0361&0362-15

RECEIVED IN
COURT OF CRIMINAL APPEA

AUG 14 2015

Abel Acosta, Clerk

Cause No's
2-12-072CR
2-12-073CR    v   State Of
2-12-074CR

FILED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

## Motion For A Late Re Hearing

Appellant Jeffrey Maxwell now comes before the Court to ask for a request for a late re hearing for the following reason's

Appellant has been in contact with the 2nd District Appeal's Court Clerk Debra Spisak and has asked for proof that Appelants Attorney Richard Alley or that the 2nd District Court of Appeals ever sent notification to Appellant. Appellant received a letter dated July 30th, 2015 which showed no proof of notifaction by the Attorney or the 2nd District Court of Appeal's The letter showed no proof of notifaction by Attorney Richard Alley and letter said Attorney Richard Alley was in violation of Court rule 48.4.

The second reason for the request is for medical reason's. Since the

Appellant has been in TDCJ for about 40 months and Appellant has spent around 32 months in and out of the Montford Hospital or the infirmary. The Appellant has been unable to use the law library because of medical reason's,

Appellant pray's for relief in this matter from the court.

## Verification

I, Jeffrey Allan Maxwell, TDCJ-CID# 01765985, being currently incarcerated in the Robertson Unit of TDCJ in Jones County in Abilene, Texas. Do hereby verify and affirm that the above Motion are true, correct, signed and date by me pursuant to Tex. Civ. Prac. & Rem. Code #132.001-.003 et seq / title 28 USC + 1746; under penalty of perjury.

8-8-15

*Jeffrey Allan Maxwell*